**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **SCOTT MILLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 1:24-CV-201** |
| | ) |
| **OPTUM SERVICES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Scott Miller ("Miller"), brings this claim against Defendant, Optum Services, Inc. ("Defendant"), and states as follows:

## OVERVIEW

1.     This Complaint arises under the Age Discrimination in Employment Act, 29 U.S.C 621 et. al.  Miller contends that once his managers learned his age, he was given less favorable job assignments thereby limiting his ability to earn more income, meet performance expectations, and was ultimately fired.

## PARTIES

2.     Miller was an employee as that term is defined by 29 U.S.C. 630(f).

3.     Defendant operates a business in Marion County, Indiana.  Defendant is an employer as defined by 29 U.S.C. 630(b).

**JURISDICTION**

4.      This Court has jurisdiction over Defendant pursuant to 29 U.S.C. 626(b) and 2U.S.C. 28 U.S.C. §1331.

5.      Plaintiff duly filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission, received a dismissal and notice of suit rights, and files this Complaint within ninety (90) days of receipt thereof.

**VENUE**

6.      Venue is appropriate in the Southern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Southern District of Indiana in Marion County.

**FACTS**

7.      Miller was hired by Defendant on or about June 2, 2022.  Miller was employed as an Account Sales Manager.

8.      Miller met or exceeded Defendant's legitimate expectations of performance.

9.      Shortly after he was hired, Miller's manager asked his age for purpose of registering him for an event.  The manager was taken aback that Miller was in his sixties.

10.      Thereafter, Miller's manager made it difficult if not impossible to do his job. Each Account Sales Manager was assigned various healthcare facilities throughout the state of Indiana.  By way of example and not limitation, Miller's assignments included entities that would not permit him to visit because of prior relations with Defendant.

11.      Other, younger Sales Account Managers were afforded substantially more locations than he was.  Even newly-opened facilities close to his home were assigned to other sales managers.

12.     As a result of the efforts to reduce Miller's ability to be successful, Defendant disciplined Miller for his alleged poor performance and terminated him on or about February 23, 2023.

13.     Miller has suffered financial harm as a result of Defendants' conduct.

## LEGAL COUNT

## COUNT 1: AGE DISCRIMINATION

14.     Miller incorporates paragraphs 1 – 13 herein.

15.     Miller was employed by Defendant and ultimately terminated.

16.     Defendant discriminated against Miller because of his age.  Younger employees were treated more favorably in the terms, conditions, and privileges of their employment.

17.     Miller was harmed by Defendant's unlawful willful and/or reckless conduct.  Defendant violated the ADEA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in his favor and award him the following relief:

a.     An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

b.     An Order awarding Plaintiff punitive damages as provided for by federal law;

c.     An Order awarding Plaintiff the costs of this action;

d.     An Order awarding Plaintiff his attorney's fees;

e.     An Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 342-2799
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 342-2799
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff